| | | | |
|---|---|---|---|
| Com. v. Morton | 1336 EDA 2016 Affirmed Application to Withdraw as Counsel Granted | 01/06/2017 | CP–51–CR–0014365–2013 (Philadelphia) |
| Com. v. Fox | 1364 MDA 2014 Affirmed, Reversed and Remanded | 01/06/2017 | CP–40–CR–0002759–2013 (Luzerne) |
| In the Int. of S.R.; Appeal of J.H. | 328 MDA 2016 Reversed and Remanded | 01/06/2017 | CP–54–DP–0000051–2013 (Schuylkill) |
| Com. v. Packer | 519 MDA 2016 Affirmed | 01/06/2017 | CP–41–CR–0000412–2008 (Lycoming) |
| Com. v. Taylor [7] | 626 MDA 2016 Affirmed | 01/06/2017 | CP–67–CR–0003587–2015 (York) |
| In the Interest of: M.G. | 814 MDA 2016 Affirmed, Vacated and Remanded | 01/06/2017 | CP–36–DP–0000181–2015 (Lancaster) |
| In the Interest of: J.C. | 815 MDA 2016 Affirmed, Vacated and Remanded | 01/06/2017 | CP–36–DP–0000180–2015 (Lancaster) |
| In re Invol. Term. of Par. Rights to D.B.J., Jr. | 880 MDA 2016 Affirmed | 01/06/2017 | 4080 (Centre) |
| Com. v. Yenglee | 1078 MDA 2016 Affirmed | 01/06/2017 | CP–40–CR–0003311–2001 (Luzerne) |
| In re S.L.E.H. | 1296 MDA 2016 Affirmed | 01/06/2017 | A63–126B–16 (Schuylkill) |
| Com. v. Kenney | 1542 WDA 2015 Appeal dismissed | 01/06/2017 | CP–26–CR–0001323–2014 (Fayette) |
| Com. v. Basinger [8] | 1666 WDA 2015 Affirmed | 01/06/2017 | CP–30–CR–0000173–2014 (Greene) |
| In re E.G.J.; Appeal of T.J. | 776 WDA 2016 Affirmed | 01/06/2017 | CP–02–AP–0000011–2016 (Allegheny) |
| In re B.V.J.; Appeal of T.J. | 777 WDA 2016 Affirmed | 01/06/2017 | CP–02–AP–0000010–2016 (Allegheny) |
| In re E.G.J.; Appeal of R.J. | 780 WDA 2016 Affirmed | 01/06/2017 | CP–02–AP–0000011–2016 (Allegheny) |

7. Petition for reargument denied March 16, 2017.
8. Petition for reargument denied March 16, 2017.